IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-471 |
| | § | |
| NIZAM HAKIM ALI MARCHANT | § | |

**O R D E R**

The defendant filed an unopposed motion to expedite the sentencing hearing, (Docket Entry No. 20). The motion to expedite is GRANTED. The sentencing hearing is reset to **December 13, 2010, at 10:00 a.m.**

SIGNED on November 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge